**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____ Chapter 11

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   Walker Service Corp.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   1 3 - 6 1 2 0 3 0 1

4. **Debtor's address**

   **Principal place of business**

   465 Utica Avenue
   Number    Street

   _____

   Brooklyn, NY 11203
   City            State      ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City            State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City            State      ZIP Code

5. **Debtor's website (URL)**    _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ❑ Partnership (excluding LLP)

   ❑ Other. Specify: _____

| Debtor | Walker Service Corp. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  8  5  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor     See attached.     Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **2**

| Debtor | Walker Service Corp. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    <u>Walker Service Corp.</u>
          Name

Case number *(if known)*_____

**16. Estimated liabilities**

☐ $0–$50,000
☐ $50,001–$100,000
☐ $100,001–$500,000
☐ $500,001–$1 million

☑ $1,000,001–$10 million
☐ $10,000,001–$50 million
☐ $50,000,001–$100 million
☐ $100,000,001–$500 million

☐ $500,000,001–$1 billion
☐ $1,000,000,001–$10 billion
☐ $10,000,000,001–$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>3/27/2020</u>
              MM  / DD / YYYY

✖  <u>/s/ Joe Pross</u>
Signature of authorized representative of debtor

<u>Joe Pross</u>
Printed name

Title  <u>Member</u>

---

**18. Signature of attorney**

✖  <u>/s/ Michael D. Hamersky</u>
Signature of attorney for debtor

Date   <u>3/27/2020</u>
       MM  / DD / YYYY

<u>Michael D. Hamersky</u>
Printed name

<u>Griffin Hamersky LLP</u>
Firm name

<u>420 Lexington Avenue, Suite 400</u>
Number        Street

<u>New York</u>
City

<u>NY</u>
State

<u>10170</u>
ZIP Code

<u>(646) 998-5578</u>
Contact phone

<u>mhamersky@grifflegal.com</u>
Email address

<u>4572707</u>
Bar number

<u>NY</u>
State

---

## SCHEDULE 1

As of today's date, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in the United States Bankruptcy Court for the Eastern District of New York for relief under chapter 11 of the Bankruptcy Code.

Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Entity | EIN No. |
|---|---|
| Miranda Transit, LLC | 20-1856487 |
| Yoha Transit, LLC | 20-1138135 |
| Lev Transit, LLC | 20-1138201 |
| Quartermoon Hacking Corp. | 11-2878122 |
| Lyuba Hacking Corp. | 76-0729451 |
| Slepchik Transit, LLC | 20-1138161 |
| Larry's Cab Company, LLC | 20-1138089 |
| Lawrence Transit, LLC | 20-1138283 |
| Sima Hacking Corp. | 76-0729453 |
| Walker Service Corp. | 13-6120301 |
| T & L Cab Co. Inc. | 13-1733724 |
| Zion Taxi, Inc. | 13-6132389 |
| Stinger Taxi Inc. | 11-2467748 |
| Seven Transit, LLC | 20-1856442 |
| Nicolette Transit, LLC | 26-3410225 |
| Betty Transit, LLC | 20-1138319 |
| Laddie Cab Corp. | 11-2728009 |
| Cyclonic Hacking Corp. | 11-2692980 |
| Cirrus Hacking Corp. | 11-2675391 |
| Trot Service Corp. | 11-2675401 |
| Vermouth Taxi, Inc. | 13-2909070 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**_____ **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]**

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

_____

**2. CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____ *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____    **JUDGE:** _____    **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____        *[If closed]* Date of closing: _____

**CURRENT STATUS OF RELATED CASE:** _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*:_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASES:** _____

_____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days
may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):** ___Y_____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any
time, except as indicated elsewhere on this form.**

_____            _____
**Signature of Debtor's Attorney**                              **Signature of Pro-se Debtor/Petitioner**

                                                        420 Lexington Avenue, Suite 400
                                                        _____
                                                        **Mailing Address of Debtor/Petitioner**

                                                        New York, New York 10170
                                                        _____
                                                        **City, State, Zip Code**

                                                        mhamersky@grifflegal.com
                                                        _____
                                                        **Email Address**

                                                        (646) 998-5578
                                                        _____
                                                        **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment
of a trustee or the dismissal of the case with prejudice.**

<u>**NOTE:**</u> **Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may
otherwise result.**
''
''
''
''
''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''''

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**In Re:**                                             **Case No.**

                                                       **Chapter**



                        **Debtor(s)**
-------------------------------------------------------x



## <u>VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS</u>



        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.



Dated:



        Walker Service Corp.
_____
Debtor


        Walker Service Corp., et al.
_____
Joint Debtor


_____
Attorney for Debtor

Hereford Insurance Company
36-01 43rd Avenue
Long Island City NY 11101

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

New York State Dept of
Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

NYC Department of Finance
66 John Street Rm 104
New York NY 10038

NYC Taxi &
Limousine Commission
33 Beaver Street
New York NY 10004

Pentagon Federal Credit Union
f/k/a Progressive Credit Union
131 West 33rd Street 7th Floor
New York NY 10001

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York NY 10279

Utica Taxi Center
465 Utica Avenue
Brooklyn NY 11203

Washington International
Insurance Co
475 N Martingale Road Ste 850
Schaumburg IL 60173

**Fill in this information to identify the case:**

Debtor name ___Walker Service Corp.___

United States Bankruptcy Court for the: ___Eastern___ District of ___NY___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pentagon Federal Credit Union f/k/a Progressive Credit Union 131 West 33rd Street, 7th Fl. New York, NY 10001 | Luke Parris luke.parris@penfed.org Frederick Knodel frederick.knodel@penfed.org (212) 695 - 8900 | Loan | | $1,169,823.43 | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____     Case number (if known)_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                              :

In re:                            :     Chapter 11
                              :

WALKER SERVICE CORP., *et al.*,     :     Case No.20-_____ ( )
                              :

                    Debtors.[1]  :     (Joint Administration Requested)
                              :
------------------------------------------------------------X

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)
AND 7007.1 AND LOCAL BANKRUPTCY RULE 1073-3**

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned authorized officer of the above-captioned debtors and debtors-in-possession (the "Debtors") respectfully represent that the following entities directly or indirectly own 10% or more of any class of the Debtors' equity interests:

| Entity | Ownership |
|---|---|
| Miranda Transit, LLC | Joe Pross owns 99% of this entity. |
| Yoha Transit, LLC | Joe Pross owns 99% of this entity. |
| Lev Transit, LLC | Sophie Pross owns 99% of this entity. |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are (i) Walker Service Corp. (0301); (ii) T & L Cab Co. Inc. (3724); (iii) Zion Taxi, Inc. (2389); (iv) Stinger Taxi Inc. (7748); (v) Seven Transit, LLC (6442); (vi) Nicolette Transit, LLC (0225); (vii) Slepchik Transit, LLC (8161); (viii) Larry's Cab Company, LLC (8089): (ix) Lawrence Transit, LLC (8283); (x) Yoha Transit, LLC (8135); (xi) Quartermoon Hacking Corp. (8122); (xii) Miranda Transit, LLC (6487); (xiii) Betty Transit, LLC (8319); (xiv) Lev Transit, LLC (8201); (xv) Sima Hacking Corp. (9453); (xvi) Lyuba Hacking Corp. (9451); (xvii) Trot Service Corp. (5401); (xviii) Cirrus Hacking Corp. (5391); (xix) Cyclonic  Hacking Corp. (2980); (xx) Laddie Cab Corp. (8009); and (xxi) Vermouth Taxi  Inc. (9070). The Debtors' mailing address is 465 Utica Avenue, Brooklyn, NY 11203.

| | |
|---|---|
| Quartermoon Hacking Corp. | Joe Pross owns 99% of this entity. |
| Lyuba Hacking Corp. | Sophie Pross owns 99% of this entity. |
| Slepchik Transit, LLC | Joe Pross owns 99% of this entity. |
| Larry's Cab Company, LLC | Joe Pross owns 99% of this entity. |
| Lawrence Transit, LLC | Sophie Pross owns 99% of this entity. |
| Sima Hacking Corp. | Sophie Pross owns 99% of this entity. |
| Walker Service Corp. | Joe Pross owns 99% of this entity. |
| T & L Cab Co. Inc. | Joe Pross owns 99% of this entity. |
| Zion Taxi, Inc. | Joe Pross owns 99% of this entity. |
| Stinger Taxi Inc. | Joe Pross owns 99% of this entity. |
| Seven Transit, LLC | Joe Pross owns 99% of this entity. |
| Nicolette Transit, LLC | Joe Pross owns 99% of this entity. |
| Betty Transit, LLC | Sophie Pross owns 99% of this entity. |
| Laddie Cab Corp. | Joe Pross owns 99% of this entity. |
| Cyclonic Hacking Corp. | Joe Pross owns 48% of this entity.<br>Inga Pross owns 26% of this entity.<br>Lawrence Pross owns 26% of this entity. |
| Cirrus Hacking Corp. | Joe Pross owns 48% of this entity.<br>Inga Pross owns 26% of this entity.<br>Lawrence Pross owns 26% of this entity. |
| Trot Service Corp. | Lawrence Pross owns 98% of this entity.<br>Joe Pross owns 2% of this entity. |
| Vermouth Taxi, Inc. | Joe Pross owns 99% of this entity. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:                                          :      Chapter 11
                                                :
WALKER SERVICE CORP., *et al.*,                 :      Case No.20-_____ (   )
                                                :
                               Debtors.[1]      :      (Joint Administration Requested)
                                                :
-------------------------------------------------------------X

## CONSOLIDATED LIST OF EQUITY SECURITY HOLDERS

Following is a consolidated list of the equity security holders of all debtors in these chapter 11 cases, prepared in accordance with Rule 1007(a)(3):

| Entity | Name and Address of Interest Holder(s) | Type of Interest Held | Percentage |
|---|---|---|---|
| Miranda Transit, LLC | Joe Pross 2771 E. 66th Street Brooklyn, NY  11234-6806  Sophie Pross 2771 E. 66th Street Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99% Sophie Pross, 1% |
| Yoha Transit, LLC | Joe Pross 2771 E. 66th Street Brooklyn, NY  11234-6806  Sophie Pross 2771 E. 66th Street Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99% Sophie Pross, 1% |

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are (i) Walker Service Corp. (0301); (ii) T & L Cab Co. Inc. (3724); (iii) Zion Taxi, Inc. (2389); (iv) Stinger Taxi Inc. (7748); (v) Seven Transit, LLC (6442); (vi) Nicolette Transit, LLC (0225); (vii) Slepchik Transit, LLC (8161); (viii) Larry's Cab Company, LLC (8089): (ix) Lawrence Transit, LLC (8283); (x) Yoha Transit, LLC (8135); (xi) Quartermoon Hacking Corp. (8122); (xii) Miranda Transit, LLC (6487); (xiii) Betty Transit, LLC (8319); (xiv) Lev Transit, LLC (8201); (xv) Sima Hacking Corp. (9453); (xvi) Lyuba Hacking Corp. (9451); (xvii) Trot Service Corp. (5401); (xviii) Cirrus Hacking Corp. (5391); (xix) Cyclonic  Hacking Corp. (2980); (xx) Laddie Cab Corp. (8009); and (xxi) Vermouth Taxi  Inc. (9070). The Debtors' mailing address is 465 Utica Avenue, Brooklyn, NY 11203.

| Entity | Name and Address of Interest Holder(s) | Type of Interest Held | Percentage |
|---|---|---|---|
| Lev Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 1%<br>Sophie Pross, 99% |
| Quartermoon Hacking Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| Lyuba Hacking Corp. | Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Sophie Pross, 100% |
| Slepchik Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99%<br>Sophie Pross, 1% |
| Larry's Cab Company, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99%<br>Sophie Pross, 1% |
| Lawrence Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 1%<br>Sophie Pross, 99% |

| Entity | Name and Address of Interest Holder(s) | Type of Interest Held | Percentage |
|---|---|---|---|
| Sima Hacking Corp. | Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Sophie Pross, 100% |
| Walker Service Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| T & L Cab Co. Inc. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| Zion Taxi, Inc. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| Stinger Taxi Inc. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| Seven Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99%<br>Sophie Pross, 1% |
| Nicolette Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 99%<br>Sophie Pross, 1% |
| Betty Transit, LLC | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Sophie Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 1%<br>Sophie Pross, 99% |

| Entity | Name and Address of Interest Holder(s) | Type of Interest Held | Percentage |
|---|---|---|---|
| Laddie Cab Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |
| Cyclonic Hacking Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Inga Pross<br>443 Homans Avenue<br>Closter, NJ. 07624<br><br>Lawrence Pross<br>199 Woodside Drive<br>Hewlett, NY 11557-2417 | Membership Interests | Joe Pross, 48%<br>Inga Pross, 26%<br>Lawrence Pross, 26% |
| Cirrus Hacking Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Inga Pross<br>443 Homans Avenue<br>Closter, NJ. 07624<br><br>Lawrence Pross<br>199 Woodside Drive<br>Hewlett, NY  11557-2417 | Membership Interests | Joe Pross, 48%<br>Inga Pross, 26%<br>Lawrence Pross, 26% |
| Trot Service Corp. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806<br><br>Lawrence Pross<br>199 Woodside Drive<br>Hewlett, NY  11557-2417 | Membership Interests | Joe Pross, 2%<br>Lawrence Pross, 98% |
| Vermouth Taxi, Inc. | Joe Pross<br>2771 E. 66th Street<br>Brooklyn, NY  11234-6806 | Membership Interests | Joe Pross, 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name ____Walker Service Corp._____

United States Bankruptcy Court for the: ____Eastern____ District of __NY__
                                                                    (State)

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration__Consolidated List of Equity Security Holders_____
                                              Consolidated Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/27/2020__          ✗ __/s/ Joe Pross_____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         __Joe Pross_____
                                         Printed name

                                         __Member_____
                                         Position or relationship to debtor

**OMNIBUS WRITTEN CONSENT OF**
**THE GOVERNING BODIES OF**
**MIRANDA TRANSIT, LLC**
**YOHA TRANSIT, LLC**
**BETTY TRANSIT, LLC**
**LEV TRANSIT, LLC**
**QUARTERMOON HACKING CORP.**
**LYUBA HACKING CORP.**
**SLEPCHIK TRANSIT, LLC**
**LARRY'S CAB COMPANY, LLC**
**LAWRENCE TRANSIT, LLC**
**SIMA HACKING CORP.**
**WALKER SERVICE CORP.**
**T & L CAB CO. INC.**
**ZION TAXI, INC.**
**STINGER TAXI INC.**
**SEVEN TRANSIT, LLC**
**NICOLETTE TRANSIT, LLC**
**VERMOUTH TAXI, INC.**
**LADDIE CAB CORP.**
**CYCLONIC HACKING CORP.**
**CIRRUS HACKING CORP.**
**TROT SERVICE CORP.**

**MARCH 27, 2020**

The undersigned, each being the sole managing member or co-managing member as applicable (each a "Governing Body"), of Miranda Transit, LLC, Yoha Transit, LLC, Betty Transit, LLC, Lev Transit, LLC, Quartermoon Hacking Corp., Lyuba Hacking Corp., Slepchik Transit, LLC, Larry's Cab Company, LLC, Lawrence Transit, LLC, Sima Hacking Corp., Walker Service Corp., T & L Cab Co. Inc., Zion Taxi, Inc., Stinger Taxi Inc., Seven Transit, LLC, Nicolette Transit, LLC, Vermouth Taxi, Inc., Laddie Cab Corp., Cyclonic Hacking Corp., Cirrus Hacking Corp., and Trot Service Corp. (each a "Company"), each of which is organized under the laws of the State of New York, hereby take the following actions and adopt the following resolutions, pursuant to, as applicable, the bylaws, articles of incorporation, limited liability company agreement, or similar document (in each case, as amended and restated to date) of each Company and the laws of the state of the state of New York:

**WHEREAS**, each Governing Body has reviewed the materials presented by the management and the legal advisors of each Company regarding each Company's liabilities and liquidity situation, and the impact of the foregoing on each Company's business, and the strategic alternatives available to each Company; and

**WHEREAS**, each Governing Body has had the opportunity to consult with the management and the legal advisors of each Company and fully consider each of the strategic alternatives available to each Company.

## I.    Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of each Governing Body, it is desirable and in the best interests of each Company, its creditors and other parties in interest, that each Company file or cause to be filed a voluntary petition for relief and commence a case (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that one or more of the executive officers of each Company (collectively, the "Authorized Officers" each of which is an "Authorized Officer"), are authorized, empowered, and directed to execute and file, on behalf of each Company, all petitions, schedules, lists and other motions, papers or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business; and be it

## II.    Retention of Advisors

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Griffin Hamersky LLP as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all, actions to advance each Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Griffin Hamersky LLP; and be it

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it

## III.    Further Actions and Prior Actions

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized, empowered, and directed, in the name of, and on behalf of, each Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Party's or Authorized Officers'

judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of each Governing Body and that the Authorized Officers did execute the same.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Betty Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.

/s/  *Sophie Pross*
Sophie Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Cirrus Hacking Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Cyclonic Hacking Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.


/s/ *Joe Pross*_____

Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Laddie Cab Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Larry's Cab Company, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Lawrence Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Lev Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/  *Sophie Pross*
Sophie Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Lyuba Hacking Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/ *Sophie Pross*

Sophie Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Miranda Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/  *Sophie Pross*
Sophie Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Nicolette Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Quartermoon Hacking Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Seven Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Sima Hacking Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/  *Sophie Pross*
Sophie Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Slepchik Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Stinger Taxi, Inc., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the T & L Cab Co. Inc., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Trot Service Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Vermouth Taxi, Inc., a New York corporation, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Walker Service Corp., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Yoha Transit, LLC, a New York limited liability company, has executed this Written Consent effective as of the date first set forth above.


/s/  *Joe Pross*
Joe Pross

**IN WITNESS WHEREOF**, the undersigned constituting the Governing Body of the Zion Taxi, Inc., a New York corporation, has executed this Written Consent effective as of the date first set forth above.

/s/ *Joe Pross*
Joe Pross