# SCHEDULE 1

## Twenty (20) Largest Unsecured Claims on a Consolidated Basis

Pursuant to Local Rule 1007-4(a)(vi), I incorporate by reference the list of the holders of the twenty (20) largest unsecured claims against the Debtors on a consolidated basis, excluding insiders, which is attached to the Debtors' chapter 11 petitions (the "Consolidated Top 20 List").

The information contained in the Consolidated Top 20 List shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed in the Consolidated Top 20 List is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth in the Consolidated Top 20 List and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control. The Consolidated Top 20 List includes estimates of outstanding amounts as of the Petition Date.

# SCHEDULE 2

## Schedule of Secured Claims

Pursuant to Local Rule 1007-4(a)(vii), the following is a list each of the holders of the largest secured claims and provides a description and an estimate of the value of the collateral securing the claims, and whether the claim or lien is disputed.

The following list is solely intended to provide the Court with information as to the premises from which the Debtors currently operate their businesses. The Debtors reserve all rights including those afforded a debtor and debtor in possession under the Bankruptcy Code.

| Holder (Name & Address) | Estimated Value | Description: All Assets of: | Disputed |
|---|---|---|---|
| PenFed | $1,169,829.51 | Miranda Transit, LLC | No |
| PenFed | $1,148,713.76 | Yoha Transit, LLC | No |
| PenFed | $1,169,829.51 | Betty Transit, LLC | No |
| PenFed | $1,169,829.51 | Lev Transit, LLC | No |
| PenFed | $1,169,823.43 | Quartermoon Hacking Corp. | No |
| PenFed | $1,169,829.51 | Lyuba Hacking Corp. | No |
| PenFed | $1,169,823.43 | Slepchik Transit, LLC | No |
| PenFed | $1,169,823.43 | Larry's Cab Company, LLC | No |
| PenFed | $1,169,823.43 | Lawrence Transit, LLC | No |
| PenFed | $$1,169,829.51 | Sima Hacking Corp. | No |
| PenFed | $1,169,823.43 | Walker Service Corp. | No |
| PenFed | $1,169,823.43 | T & L Cab Co. Inc. | No |
| PenFed | $1,169,823.43 | Zion Taxi, Inc. | No |
| PenFed | $1,169,823.43 | Stinger Taxi Inc. | No |
| PenFed | $1,169,823.43 | Seven Transit, LLC | No |
| PenFed | $1,169,823.43 | Nicolette Transit, LLC | No |
| PenFed | $7,018,940.58 | Vermouth Taxi, Inc. | No |
| PenFed | $7,018,940.58 | Laddie Cab Corp. | No |
| PenFed | $7,018,940.58 | Cyclonic Hacking Corp. | No |
| PenFed | $7,018,940.58 | Cirrus Hacking Corp. | No |
| PenFed | $7,018,940.58 | Trot Service Corp. | No |

# SCHEDULE 3

## Summary of the Debtors' Assets and Liabilities

Pursuant to Local Rule 1007-4(a)(viii), the following is a summary of the debtor's assets and liabilities.

**Assets:**

| Original Guarantor | Taxi Medallions | Vehicles | | |
|---|---|---|---|---|
| | | Year | Make | Model |
| Miranda Transit, LLC | 4V40/4V41 | 2014 | Nissan | NV 200 |
| Yoha Transit, LLC | 1V22/1V23 | 2014 | Nissan | NV 200 |
| Betty Transit, LLC | 1V16/1V17 | 2014 | Nissan | NV 200 |
| Lev Transit, LLC | 1V14/1V15 | 2014 | Nissan | NV 200 |
| Quartermoon Hacking Corp. | 7P27/7P28 | 2015 | Nissan | NV 200 |
| Lyuba Hacking Corp. | 4P68/4P69 | 2016/2015 | Nissan | NV 200 |
| Slepchik Transit, LLC | 1V20/1V21 | 2014 | Nissan | NV 200 |
| Larry's Cab Company, LLC | 1V24/1V25 | 2014 | Nissan | NV 200 |
| Lawrence Transit, LLC | 1V18/1V19 | 2014 | Nissan | NV 200 |
| Sima Hacking Corp. | 4P70/4P71 | 2015/2014 | Nissan | NV 200 |
| Walker Service Corp. | 1L79/1L80 | 2014 | Nissan | NV 200 |
| T & L Cab Co. Inc. | 1L39/1L40 | 2014 | Nissan | NV 200 |
| Zion Taxi, Inc. | 9K15/9K16 | 2014 | Nissan | NV 200 |
| Stinger Taxi Inc. | 2J47/2J48 | 2014/2014 | Toyota/Nissan | Camry/NV 200 |
| Seven Transit, LLC | 4V42/4V43 | 2014 | Nissan | NV 200 |
| Nicolette Transit, LLC | 6L29/6L30 | 2014/2016 | Nissan | NV 200 |
| Vermouth Taxi, Inc. | 5L75/5L76 | 2014 | Nissan | NV 200 |
| Laddie Cab Corp. | 9M92/9M93 | 2014 | Nissan | NV 200 |
| Cyclonic Hacking Corp. | 4K75/4K76 | 2014 | Nissan | NV 200 |
| Cirrus Hacking Corp. | 9H55/9H56 | 2014 | Nissan | NV 200 |
| Trot Service Corp. | 9L42/9L43 | 2014 | Nissan | NV 200 |

**Liabilities:**

| Debtor | Liabilities |
| --- | --- |
| Miranda Transit, LLC | PenFed Loan Number 35581-522 |
| Yoha Transit, LLC | PenFed Loan Number 35368-560 |
| Betty Transit, LLC | PenFed Loan Number 35581-523 |
| Lev Transit, LLC | PenFed Loan Number 35581-524 |
| Quartermoon Hacking Corp. | PenFed Loan Number 35638-561 |
| Lyuba Hacking Corp. | PenFed Loan Number 35581-526 |
| Slepchik Transit, LLC | PenFed Loan Number 35368-557 |
| Larry's Cab Company, LLC | PenFed Loan Number 35368-558 |
| Lawrence Transit, LLC | PenFed Loan Number 35368-559 |
| Sima Hacking Corp. | PenFed Loan Number 35581-525 |
| Walker Service Corp. | PenFed Loan Number 35368-551 |
| T & L Cab Co. Inc. | PenFed Loan Number 35368-552 |
| Zion Taxi, Inc. | PenFed Loan Number 35368-553 |
| Stinger Taxi Inc. | PenFed Loan Number 35368-554 |
| Seven Transit, LLC | PenFed Loan Number 35368-555 |
| Nicolette Transit, LLC | PenFed Loan Number 35368-556 |
| Vermouth Taxi, Inc. | Guaranty of all PenFed Loans |
| Laddie Cab Corp. | Guaranty of all PenFed Loans |
| Cyclonic Hacking Corp. | Guaranty of all PenFed Loans |
| Cirrus Hacking Corp. | Guaranty of all PenFed Loans |
| Trot Service Corp. | Guaranty of all PenFed Loans |

# SCHEDULE 4

## List of Debtors' Property in the Possession of Third Parties

Pursuant to Local Rule 1007-4(a)(x), list all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity, the title of any proceeding relating thereto, and the court in which it is pending.

**Property in the Possession of Third Parties:**

None.

# SCHEDULE 5

## Summary of Property from Which the Debtors Operate Their Businesses

Pursuant to Local Rule 1007-4(a)(xi), the following lists the property or premises owned, leased, or held under other arrangement from which the Debtors operate their businesses.

The following list is solely intended to provide the Court with information as to the premises from which the Debtors currently operate their businesses. The Debtors reserve all rights, including, but not limited, under section 365 of the Bankruptcy Code. The Debtors make no admission as to the contractual relationship or enforceability of any lease agreement and further reserve all rights in connection therewith.

| Debtor | Property | Leased/Owned |
|---|---|---|
| Miranda Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Yoha Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Betty Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Lev Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Quartermoon Hacking Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Lyuba Hacking Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Slepchik Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Larry's Cab Company, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Lawrence Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Sima Hacking Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Walker Service Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| T & L Cab Co. Inc. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Zion Taxi, Inc. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Stinger Taxi Inc. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Seven Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Nicolette Transit, LLC | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Vermouth Taxi, Inc. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Laddie Cab Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |

|  |  |  |
|---|---|---|
| Cyclonic Hacking Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Cirrus Hacking Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |
| Trot Service Corp. | 465 Utica Avenue Brooklyn, New York 11203 | Not Applicable |

# SCHEDULE 6

## Location of the Debtors' Assets, Books, and Records

Pursuant to Local Rule 1007-4(a)(xii), the following lists the locations of the Debtors' significant assets, the locations of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

**Location of the Debtors' Significant Assets**

The Debtors' significant assets are located at 465 Utica Avenue, Brooklyn, New York 11203.

**Books and Records**

The Debtors' books and records are located at 465 Utica Avenue, Brooklyn, New York 11203.

**Debtors Assets Outside the United states (if applicable)**

The Debtors do not have assets outside of the United States.

# SCHEDULE 7

## Summary of Legal Actions Brought Against the Debtors

Pursuant to Local Rule 1007-4(a)(xiii), list the nature and present status of each action or proceeding, pending or threatened, against any debtor or its property where a judgment against the debtor or a seizure of its property may be imminent.

Pursuant to Local Rule 1007-4(b), the Debtors intend to submit a supplemental affidavit containing the information requested by this schedule forthwith, but no later than 14 days after the date on which the order for relief is entered.

# SCHEDULE 8

## Senior Management

Pursuant to Local Rule 1007-4(a)(xiv), the following lists the names of the Debtors' existing senior management, their tenure with the Debtors, and a summary of their relevant responsibilities and experience.

| Debtor | Manager | Position | Tenure |
|---|---|---|---|
| Miranda Transit, LLC | Joe Pross | President | Since Inception |
| Miranda Transit, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Yoha Transit, LLC | Joe Pross | President | Since Inception |
| Yoha Transit, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Betty Transit, LLC | Sophie Pross | President | Since Inception |
| Betty Transit, LLC | Joe Pross | Secretary & Treasurer | Since Inception |
| Lev Transit, LLC | Sophie Pross | President | Since Inception |
| Lev Transit, LLC | Joe Pross | Secretary & Treasurer | Since Inception |
| Quartermoon Hacking Corp. | Joe Pross | President | Since Inception |
| Lyuba Hacking Corp. | Sophie Pross | President | Since Inception |
| Slepchik Transit, LLC | Joe Pross | President | Since Inception |
| Slepchik Transit, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Larry's Cab Company, LLC | Joe Pross | President | Since Inception |
| Larry's Cab Company, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Lawrence Transit, LLC | Sophie Pross | President | Since Inception |
| Lawrence Transit, LLC | Joe Pross | Secretary & Treasurer | Since Inception |
| Sima Hacking Corp. | Sophie Pross | President | Since Inception |
| Walker Service Corp. | Joe Pross | President | Since Inception |
| T & L Cab Co. Inc. | Joe Pross | President | Since Inception |
| Zion Taxi, Inc. | Joe Pross | President | Since Inception |
| Stinger Taxi Inc. | Joe Pross | President | Since Inception |
| Seven Transit, LLC | Joe Pross | President | Since Inception |
| Seven Transit, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Nicolette Transit, LLC | Joe Pross | President | Since Inception |
| Nicolette Transit, LLC | Sophie Pross | Secretary & Treasurer | Since Inception |
| Vermouth Taxi, Inc. | Joe Pross | President | Since Inception |
| Laddie Cab Corp. | Joe Pross | President | Since Inception |
| Cyclonic Hacking Corp. | Joe Pross | President | Since Inception |
| Cyclonic Hacking Corp. | Inga Pross | Secretary | Since Inception |
| Cyclonic Hacking Corp. | Lawrence Pross | Treasurer | Since Inception |
| Cirrus Hacking Corp. | Joe Pross | President | Since Inception |
| Cirrus Hacking Corp. | Inga Pross | Secretary | Since Inception |
| Cirrus Hacking Corp. | Lawrence Pross | Treasurer | Since Inception |
| Trot Service Corp. | Lawrence Pross | President | Since Inception |
| Trot Service Corp. | Joe Pross | Secretary & Treasurer | Since Inception |

# SCHEDULE 9

## Payroll

Pursuant to Local Rule 1007-4(xv)-(xvi), the following provides the estimated amount of weekly payroll to be paid to the Debtors' employees (not including officers and directors) and the estimated amount to be paid to the officers, directors, and financial and business consultants retained by the Debtors for the 30-day period following the filing of these Chapter 11 Cases.

**Payroll to Employees (Not Including Officers and Directors)**

None.

**Payroll to Officers and Directors**

None.

**Payroll to Consultants**

None.

## SCHEDULE 10

### 30-Day Budget

Pursuant to Local Rule 1007-4(a)(xvii), the following is an itemized schedule, for the 30-day period following the filing of the Debtors' chapter 11 petitions, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing.

**30-Day Budget:**

The Debtor does not expect any cash-inflows or cash-outflows in the 30-day period following the Petition Date.

**SCHDULE 11**

**Insurance Policies**

Pursuant to Local Rule 1007-4(a)(xviii), list a schedule of the Debtors' current insurance policies, including the identity of the insurer, policy period and type of insurance for each insurance policy listed.

**Insurance Policies:**

None.[1]

---

[1] Although Utica Taxi maintained general liability insurance for the Debtors' benefit through Washington International Insurance Co., such insurance policies were cancelled on March 25, 2020 as the Debtors have suspended operations for March, April, and possibly May 2020

# SCHEDULE 13

## Bank Accounts

Pursuant to Local Rule 1007-4(a)(xix), the following is a schedule of the Debtors' bank accounts, including the name and address of the banking institution where the accounts are held, the name on the account, and the nature of the account for each bank account listed.

**Bank Accounts:**

None.