UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

WALKER SERVICE CORP., et al.,

                        Debtors.[1]

Case No. 20-41759 ESS

(Jointly Administered)

-----------------------------------------------------------X

## ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS

Upon the Application dated July 23, 2020, (the "Application"), of the above-captioned debtors and debtors in possession (the "Debtors"), by their attorneys, Spence Law Office, P.C., for entry of an order, pursuant to section 1121(d) of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), extending the Debtors' exclusive periods to file plan(s) of reorganization and solicit votes thereon; and a hearing having been held on September 11, 2020; and no objections having been received; and sufficient cause appearing therefore, and it further appearing that sufficient notice of the Application as required having been given, as evidenced by the proof of service annexed to the Application, it is

~~ORDERED, that the Application be, and hereby is, granted; and it is further~~

---

[1] The "Debtors" in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are (i) Walker Service Corp. (0301); (ii) T & L Cab Co. Inc. (3724); (iii) Zion Taxi, Inc. (2389); (iv) Stinger Taxi Inc. (7748); (v) Seven Transit, LLC (6442); (vi) Nicolette Transit, LLC (0225); (vii) Slepchik Transit, LLC (8161); (viii) Larry's Cab Company, LLC (8089): (ix) Yoha Transit, LLC (8135); (x) Quartermoon Hacking Corp. (8122); (xi) Miranda Transit, LLC (6487); (xii) Cirrus Hacking Corp. (5391); (xiii) Cyclonic Hacking Corp. (2980); (xiv) Laddie Cab Corp. (8009); and (xv) Vermouth Taxi Inc. (9070) (collective, the "Debtors"). The Debtors' mailing address is 465 Utica Avenue, Brooklyn, NY 11203.

ORDERED, that in accordance with section 1121(d) of the Bankruptcy Code, the Debtors' exclusive periods to file plan(s) of reorganization are hereby extended through, to and including December 4, 2020 and the time to solicit votes thereon is extended through, to and including February 1, 2021.



Dated: Brooklyn, New York
September 25, 2020

_____
Elizabeth S. Stong
United States Bankruptcy Judge