UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

WALKER SERVICE CORP., et al.,

                             Debtors.[1]

Case No. 20-41759 ESS

(Jointly Administered)

-------------------------------------------------------------X

# ORDER EXTENDING DEBTORS' EXCLUSIVITY PERIODS
## ON AN INTERIM BASIS PENDING HEARING

        Upon the Application dated December 4, 2020 (the "Application"), of the above-captioned debtors and debtors in possession (the "Debtors"), by their attorneys, Spence Law Office, P.C., for entry of an order, pursuant to section 1121(d) of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), extending the Debtors' exclusive periods to file plan(s) of reorganization and solicit votes thereon; and a hearing having been scheduled for January 7, **_2021_** ~~2020~~ at 10:30 am or any adjourned date thereafter (the "Hearing Date"); and sufficient cause appearing therefore from the Application, it is hereby

---

[1] The "Debtors" in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are (i) Walker Service Corp. (0301); (ii) T & L Cab Co. Inc. (3724); (iii) Zion Taxi, Inc. (2389); (iv) Stinger Taxi Inc. (7748); (v) Seven Transit, LLC (6442); (vi) Nicolette Transit, LLC (0225); (vii) Slepchik Transit, LLC (8161); (viii) Larry's Cab Company, LLC (8089): (ix) Yoha Transit, LLC (8135); (x) Quartermoon Hacking Corp. (8122); (xi) Miranda Transit, LLC (6487); (xii) Cirrus Hacking Corp. (5391); (xiii) Cyclonic Hacking Corp. (2980); (xiv) Laddie Cab Corp. (8009); and (xv) Vermouth Taxi Inc. (9070) (collective, the "Debtors"). The Debtors' mailing address is 465 Utica Avenue, Brooklyn, NY 11203.

ORDERED, that pending the Hearing Date on the Application, that the Debtors' exclusive periods to file plan(s) of reorganization are hereby extended through, to and including, the Hearing Date.



Dated: Brooklyn, New York
December 4, 2020

Elizabeth S. Stong
United States Bankruptcy Judge